**DISMISS and Opinion Filed February 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01366-CV

## IN THE INTEREST OF G.L.S, A CHILD

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-00098-R**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

The Court received correspondence from the Dallas County District Clerk stating that the trial court had granted a new trial in this case. In a letter dated December 22, 2014, we informed appellant that it appeared the appeal was now moot and that we would dismiss the appeal in twenty days unless we heard otherwise. As of today's date, appellant has not filed a response.

Generally, appeals may be taken only from final judgments. *See Lehmann v. Har–Con Corp.,* 39 S.W.3d 191, 195 (Tex. 2001). When a motion for new trial is granted, the case is reinstated on the trial court's docket and will stand for trial the same as though the previous judgment never existed. *See Wilkins v. Methodist Health Care Sys.,* 160 S.W.3d 559, 563 (Tex. 2005). An order granting a new trial deprives an appellate court of jurisdiction over the appeal. *See Yan v. Jiang,* 241 S.W.3d 930 (Tex. App.—Dallas 2008, no pet.).

Accordingly, we dismiss the appeal for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).


141366F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF G.L.S, A CHILD

No. 05-14-01366-CV

On Appeal from the 254th Judicial District Court, Dallas County, Texas.
Trial Court Cause No. DF-14-00098-R.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Secia Mireya Salinas recover her costs of this appeal from appellant Duane Washington.

Judgment entered February 10, 2015.